FILED
RECEIVED

CLERK U S DIST
DISTRICT C

| X | FILED | ___ | LODGED |
|---|---|---|---|
| ___ | RECEIVED | ___ | COPY |

MAR 1 0 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| YP. NET, INC., a Nevada corporation, | ) | CASE NO. CV 04-0036 PHX MHM |
|---|---|---|
| Plaintiff/Petitioner, | ) | ORDER FOR ADMISSION OF |
| vs. | ) | ATTORNEY PRO HAC VICE |
| William Harris aka Bill Harris and Jane Doe Harris, as husband and wife; Stocklemon.com; Corporations 1-10; Business Entities 1-10; John and Jane Does 1-10, | ) | |
| Defendants/Respondents | ) | |

Based upon the motion of David Feingold for admission to practice pro hac vice in this action on behalf of Stocklemon.com, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/   the motion of attorney for admission to practice pro hac vice is granted.

/  /   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this _____ day of __March__, 2004.

_____
JUDGE MARY MURGUIA

15