FILED ___ LODGED ✓
RECEIVED ___ COPY ___
JUL 28 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED ✓ LODGED ___
RECEIVED ___ COPY ___
AUG 02 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| YP.NET, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew Left and Andrea Left, as husband and wife; William Harris aka Bill Harris and Jane Doe Harris, as husband and wife; Stocklemon.com; Stocklemon; Business Entities 1 to 10; John and Jane Does 1 to 10.<br><br>Defendants. | No. CV 04-0036 PHX MHM<br><br>**ORDER OF SUBSTITUTION OF COUNSEL** |

Pursuant to the Application therefore by substituting and substituted attorneys for Plaintiff, and the Consent of Plaintiff, IT IS ORDERED substituting the LAW FIRM OF PETER STROJNIK, P.C. as counsel of record for the Plaintiff in the stead of Lewis & Roca, LLP for all further proceedings.

DONE IN OPEN COURT this 30th day of July, 2004.

_____
Honorable Mary H. Murguia
Judge of the United States District Court