```
FILED ____ LODC ___
RECEIVED ____ COPY

AUG 30 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YP.NET, INC., a Nevada corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> Andrew Left and Andrea Left, as husband and wife, et al.,, <br><br> Defendant. | No. CV04-0036-PHX-MHM <br><br> **ORDER** |

Pending before this Court is Plaintiff's Notice of Voluntary Dismissal (Dkt. #21) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

No opposition having been filed to Plaintiff's Notice of Voluntary Dismissal, pursuant to Federal Civil Procedure Rule 41(a)(2), the Court finds good cause exists to dismiss this case without prejudice.

\\\
\\\
\\\
\\\
\\\

1 **Accordingly,**

2 **IT IS HEREBY ORDERED** dismissing this case without prejudice;

3 **IT IS FURTHER ORDERED** directing the Clerk of Courts to enter Judgment
4 accordingly.

6 DATED this 20th day of August, 2004.

_____
Mary H. Murguia
United States District Judge