# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| YP.NET, INC., a Nevada corporation, ) | |
| ) | |
| ) | CIV 04-36 PHX-MHM |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| Andrew Left and Andrea Left, ) | |
| as husband and wife, et al, ) | |
| ) | |
| Defendant(s). ) | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** per the Court's order [22] of August 30, 2004, dismissing this case without prejudice, this case is closed.

August 30, 2004    RICHARD H. WEARE
Date               District Court
                   Executive/Clerk

                   (By) Deputy Clerk

cc:   All counsel
      Judgment Drawer